UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO.: 09-19376-ALP
CHAPTER 13 CASE

IN RE:

WILLIAMS G. LOPEZ
CRISTINA JEANETTE LOPEZ
AKA CHRISTINE J. LOPEZ

Debtors.
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration pursuant to the Motion for Relief from Stay filed by **SUNTRUST MORTGAGE, INC.**, a secured creditor. The Affidavit as to Surrender Property was filed October 8, 2009 as (Docket #20) and the Court, having considered said Motion is of the opinion that is appropriate to enter an Order on such Motion for Relief from Stay.

It is, therefore,

Accordingly, it is **ORDERED** and

1. That the Motion for Relief from Stay be, and it is hereby, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

    **LOT 5, BLOCK 631, PUNTA GORDA ISLES, SECTION 23, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 12, PAGE 2A THRU 2Z 41, OF THE PUBLIC RECORDS OF CHARLOTTE COUNTY, FLORIDA.**

    A/K/A: 25059 PALISADE ROAD, PUNTA GORDA, FL 33983

2. **IT IS FURTHER ORDERED**, that the Order Granting Relief from Automatic Stay be and is hereby entered for the sole purpose of allowing Movant to obtain an in rem judgment

against the property and that the Movant shall not seek or obtain an in personam judgment against the debtor.

**DONE** and **ORDERED** at Ft. Myers, FL on October 13, 2009.

_____
Alexander L. Paskay
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.

ATTN: ANTONIO ALONSO, ESQ.
LAW OFFICE OF MARSHALL C. WATSON, P.A
1800 NW 49 STREET, SUITE 120
FORT LAUDERDALE, FL 33319

JON WAAGE, TRUSTEE
P.O BOX 25001
BRADENTON, FL 34206-5001

WILLIAMS G. LOPEZ
25059 PALISADE ROAD
PUNTA GORDA, FL 33983

ROBERT L. VAUGHN., ESQ.
2080 COLLIER AVE
FORT MYERS, FL 33901

CRISTINA JEANETTE LOPEZ
25059 PALISADE ROAD
PUNTA GORDA, FL 33983

09-37869